

fisherphillips.com

**RECEIVED**
FEB -5 2018
MARIAN W. PAYSON
U.S. Magistrate Judge
Western District of New York

**New York**
The New York Times Building
620 Eighth Avenue, 36th Floor
New York, NY 10018

(212) 899-9960 Tel
(212) 956-1971 Fax

**Writer's Direct Dial:**
(212) 899-9965

**Writer's E-mail:**
mosipoff@fisherphillips.com

February 5, 2018

**VIA FAX (585) 613-4085**
Honorable Marian W. Payson
United States District Court
1360 U.S. Courthouse
100 State Street
Rochester, New York 14614

Re: <u>Hart, et al. v. Crab Addison, Inc., et al., Civil Action No. 13-cv-06458 (CJS-MWP)</u>

Dear Judge Payson:

We are counsel of record for Raymond A. Blanchette, II, Kevin Cottingim, and Rodney Morris (the "Individual Defendants") in the above-referenced action. We write in accordance with the Court's January 19, 2018 Order (Dkt. 515) (the "Order") to notify the Court that the Individual Defendants have complied with their obligations to mail the corrective notices as directed in the Order. The notices were mailed on February 5, 2018 via claims administration firm RG2 Claims Administration LLC.

We thank the Court for its attention to this matter.

Respectfully submitted

s/ Melissa J. Osipoff

Melissa J. Osipoff
FISHER & PHILLIPS LLP

cc: Nelson Thomas
Mike Lingle
Jessica Lukasiewicz
Jon Ferris
Sarah Cressman
Bill Bauer