UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

CHRISTOPHER HART, et al.,

                Plaintiffs,

    v.

RAYMOND A. BLANCHETTE, III, et al.,

                Defendants.

_____

ORDER

13-CV-6458CJS

       Fisher & Phillips, LLP, counsel for Raymond A. Blanchette, III, Kevin Cottingim, and Rodney Morris ("defendants"), having filed motions to withdraw as counsel and to expedite (Docket ## 507, 508) and supplemental submissions in support of their motion *in camera* (Docket ## 530-34), plaintiffs having opposed the motion (Docket ## 520-21, 535), the Court having reviewed the submissions, and oral argument having been conducted on February 20, 2018 and February 27, 2018, it is hereby

       ORDERED, for the reasons stated more fully on the record during the proceedings on February 20 and 27, 2018, that Fisher & Phillips, LLP's motion to withdraw as counsel for defendants **(Docket # 507)** is **RESERVED**. It is further

       ORDERED, that Fisher & Phillips, LLP's motion to expedite **(Docket # 508)** is **DENIED as moot**. It is further

ORDERED, that a telephone status conference will be held with the undersigned on **March 20, 2018**, at **3:00 p.m**.

**IT IS SO ORDERED.**

                                                                             _____
                                                                               MARIAN W. PAYSON
                                                                           United States Magistrate Judge

Dated: Rochester, New York
        March __1__, 2018