

700 Crossroads Building
2 State Street, Rochester, New York 14614

P 585.987.2800    F 585.454.3968

Writer's Direct Dial Number: 585.987.2811
Writer's Direct Fax Number: 585.987.2911
Email: wbauer@woodsoviatt.com

**WOODS OVIATT GILMAN LLP**

ATTORNEYS
woodsoviatt.com

1900 Main Place Tower
Buffalo, New York 14202

P 716.248.3200    F 716.854.5100

August 15, 2018

Honorable Marian W. Payson
U.S. Magistrate Judge
100 State Street
Room 2330
Rochester, New York 14614

      Re:    **Christopher Hart, Maria Sargent, Taylor Ramsey, Andrea Randlett, Shelly Carrera, Michael Williams, Leah Henchell, Courtney Hollins, Amber Ingram, and Whitney Dolan on behalf of themselves and all other employees similarly situated v. Crab Addison, Inc., d/b/a Joe's Crab Shack, Ignite Restaurant Group, Inc., Raymond A Blanchette III, Kevin Cottingim, and Rodney Morris**
            **Index No: 13-cv-6458**

Dear Judge Payson:

    I am in receipt of the Court's Order regarding the briefing schedule on Plaintiff's Motion To Strike (Docket #561). Both of my clients are unavailable on the motion hearing date currently set for September 7, 2018 at 11:00 a.m. I respectfully request on behalf of my clients that an alternate argument date be set some time after September 16, 2018. The dates set for Defendants' response, and Plaintiff's Reply are acceptable. The only requested change is with respect to the return date. I thank the Court for its consideration.

                          Respectfully yours,

                          WOODS OVIATT GILMAN LLP

                          William G. Bauer

WGB/jln

cc:    Michael J. Lingle, Esq. (via email mlingle@theemploymentattorneys.com)
        Jessica L. Lukasiewicz, Esq. (via email jlukasiewicz@theemploymentattorneys.com)
        Kenneth Kelly, Esq. (via email kkelly@ebylaw.com)

{6482861: }

*The art of representing people*®