**Thomas & Solomon LLP**
THE EMPLOYMENT ATTORNEYS

October 2, 2018

**VIA FACSIMILE**

Honorable Marian W. Payson
United States District Court
Western District of New York
100 State Street
Rochester, NY 14614

**RECEIVED**
OCT - 2 2018
MARIAN W. PAYSON
U.S. Magistrate Judge
Western District of New York

Re: Hart, et al. v. Crab Addison, Inc. d/b/a Joe's Crab Shack, et al.
Civil Action No. 6:13-cv-06458-CJS

Dear Judge Payson:

We write in response to the Court's October 2, 2018 Order that the plaintiffs provide their availability for the hearings in October. See Docket No. 570. Plaintiffs are available on October 25 and 26.

If the Court has any questions, please do not hesitate to contact our office.

Respectfully submitted,

/s/ Jessica L. Lukasiewicz

Jessica L. Lukasiewicz

> The hearing shall commence on 10/25/18 at 10:00 AM. The hearing shall conclude at 1:00 p.m on 10/25/18 and be continued, if necessary, on 10/26/18 at 10:00 AM.
>
> SO ORDERED
> Marian W Payson
> US Magistrate Judge
> 10/3/18

cc: Brian J. Gershengorn (via email)
Melissa Osipoff (via email)
Seth Kaufman (via email)
William Bauer (via email)
Kenneth Kelly (via email)
Christopher Farella (via email)