

Ian Shapiro
T: +1 212 479 6441
ishapiro@cooley.com

Via Facsimile
(585) 613-4085

November 1, 2021

Honorable Marian W. Payson
United States District Court
Western District of New York
100 State Street
Rochester, NY 14614

Re:  Hart, et al. v. Crab Addison, Inc. d/b/a Joe's Crab Shack, et al.
     Civil Action No. 6:13-cv-06458-CJS

Dear Judge Payson:

I write on behalf of third-party respondents Brian Gershengorn and Melissa Camire ("Respondents"), and with plaintiffs' consent, to request an extension of time for Respondents to submit their response to Plaintiffs' August 13 submission with regard to issues of attorneys' fees. Respondents' response is currently due on November 2, 2021. The parties have been conferring regarding the attorneys' fees issues and matters relating to a potential appeal. On October 2, 2021, the court granted Respondents' request for an extension of time to respond in order to facilitate those discussions. The parties are continuing those discussions. With Plaintiffs' consent, Respondents request an extension of their time to respond until December 2, 2021.

If this request meets with the Court's approval, a "so ordered" line is included below. We are available at the Court's convenience should you require any additional information.

Respectfully submitted,

Ian Shapiro

cc:  Nelson Thomas (via email)
     Jessica Lukasiewicz (via email)
     William G. Bauer (via email)

**SO ORDERED.**

_s/Marian W. Payson_
Marian W. Payson
United States Magistrate Judge

Dated: November 1, 2021

Cooley LLP   55 Hudson Yards   New York, NY   10001-2157
t: +1 212 479 6000  f: +1 212 479 6275  cooley.com